UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RANDOM GOLF CLUB, etc.,

Plaintiff,

-against-                                                    26-cv-1362 (LAK)

RUNWAY AI, INC.,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED:  2/20/2026           │
└─────────────────────────────────┘
```

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      As the complaint's text reveals, "Random Golf Club" is not the actual legal name of plaintiff, which is Ace Cam, Inc.  This has been confirmed with the Delaware Division of Corporations.  The caption is hereby amended to substitute "Ace Cam, Inc." for "Random Golf Club*"* as the name of plaintiff.  The Clerk shall correct the docket sheet accordingly.

      Plaintiff's counsel are advised also that the listing of names of lawyers who are not admitted to practice in this Court and who have not applied for leave to appear *pro hac vice* in this case followed by "(*pro hac vice forthcoming*)" is inappropriate.

      SO ORDERED.

Dated:      February 20, 2026

                                                   Lewis A. Kaplan
                                   United States District Judge