**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ACE CAM, Inc., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>RUNWAY AI, INC.,<br><br>        Defendant. | **Case No.:** 1:26-cv-01362-LAK |

**RUNWAY AI, INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS'**
**MOTION TO CONSOLIDATE AND APPOINT INTERIM CLASS COUNSEL**

Defendant Runway AI, Inc. ("Runway") files this notice of non-opposition to Plaintiffs Ace Cam, Inc.'s and Businessing LLC's (collectively, "Plaintiffs") Motion to Consolidate [ECF No. 9] the above-captioned action (the "Action") with related action, *Businessing LLC v. Runway AI, Inc.* (S.D.N.Y. 1:26-cv-01655-LAK).  Runway takes no position regarding the appointment of Interim Co-Lead Class Counsel.  Runway makes this statement without waiving any rights as to any defense or forum-based challenge available to it.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated:  March 25, 2026

Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP

By: */s/ Marc R. Shapiro*

Annette Hurst (*pro hac vice* forthcoming)
ahurst@orrick.com
Nathan Shaffer (*pro hac vice* forthcoming)
nshaffer@orrick.com
Marc R. Shapiro
mrshapiro@orrick.com
Vanessa Sorrentino
vsorrentino@orrick.com
Hilda Obeng
hobeng@orrick.com
51 West 52nd Street
New York, NY  10019-6142
+1 212 506 5000
+1 212 506 5151

*Attorneys for Defendant*
*RUNWAY AI, INC.*

-2-