# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ACE CAM, INC. and BUSINESSING LLC, each individually and on behalf of all others similarly situated, | Case No.: 1:26-cv-01362-LAK |
| Plaintiffs, | ORAL ARGUMENT REQUESTED |
| v. | |
| RUNWAY AI, INC., | |
| Defendant. | |

## DEFENDANT RUNWAY AI, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon this Notice of Motion to Dismiss and the Memorandum of Law in Support of Motion to Dismiss, Defendant Runway AI, Inc. ("Runway" or "Defendant") will move this Court, before the Honorable Lewis A. Kaplan at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Consolidated Class Action Complaint in this action filed by Plaintiffs Ace Cam, Inc. and Businessing LLC on April 27, 2026.

Dated: May 27, 2026

Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP


By: */s/ Nathan Shaffer*

    Annette L. Hurst (*pro hac vice*)
    Nathan Shaffer (*pro hac vice*)
    The Orrick Building
    405 Howard Street
    San Francisco, CA  94105-2669
    Telephone: (415) 773-5700
    ahurst@orrick.com
    nshaffer@orrick.com

    Marc Shapiro
    Vanessa Sorrentino
    Hilda Obeng
    51 West 52nd Street
    New York, NY 10019-6142
    Telephone: (212) 506-5000
    mshapiro@orrick.com
    vsorrentino@orrick.com
    hobeng@orrick.com

    Attorneys for Defendant
    RUNWAY AI, INC.