USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 6/2/2026

orrick

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

**Marc R. Shapiro**

**E** mrshapiro@orrick.com
**D** +1 212 506 3546

June 1, 2026

*Via ECF*

Hon. Lewis A. Kaplan
United States District Judge
U.S. District Court, Southern District of NY
500 Pearl Street
New York, NY 10007-1312

Re: Ace Cam, Inc. v. Runway AI, Inc., No. 1:26-cv-01362-LAK – Joint Letter Regarding Motion to Dismiss Briefing Schedule

Dear Judge Kaplan:

Plaintiffs Ace Cam, Inc. and Businessing LLC ("Plaintiffs") and defendant Runway AI, Inc. ("Runway") jointly submit this letter requesting the Court enter the parties' agreed-upon briefing schedule for Runway's pending motion to dismiss Plaintiffs' Consolidated Class Action Complaint, filed on May 27, 2026 [ECF Nos. 34-35].

The parties have conferred and agreed to the following briefing schedule:

- Plaintiffs' opposition to Runway's motion to dismiss will be due: June 26, 2026.
- Runway's reply to Plaintiffs' opposition will be due: July 13, 2026.

Accordingly, the Parties request that the Court "so order" the above agreed-upon briefing schedule.

Respectfully submitted,

*/s/ Marc R. Shapiro*
Marc R. Shapiro
ORRICK HERRINGTON & SUTCLIFFE LLP

*/s/ Gary Klinger*
Gary Klinger[1]
MILBERG, PLLC

**SO ORDERED**

[signature]
**LEWIS A. KAPLAN, USDJ**
6/2/2026

[1] All parties whose electronic signatures are included herein have consented to the filing of this document.