**Milberg.**

Mark Svensson
(N.Y. Bar No. 5974290)
405 East 50th Street
New York, New York 10022
Tel: (202) [illegible]-0468
msvensson@milberg.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-19-26

November 18, 2026

**VIA ECF**
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY, 10007-1312

**Re:** ***Ace Cam, Inc. et al v Runway AI, Inc.*, No. 1:26-cv-01362-LAK (S.D.N.Y) – Request for Rule 16 Conference**

Dear Judge Kaplan:

We write on behalf Plaintiffs in the above-captioned litigation. We request that the Court set an Initial Pretrial Conference to set a schedule for this matter to proceed.

Plaintiffs have sought a Rule 26(f) conference with Defendant Runway AI, Inc. ("Runway") but its counsel has declined to meet to discuss a case schedule or discovery in this action as it views such a meeting as "premature" without an Initial Pretrial Conference scheduled. Plaintiffs disagree as Runway has answered the complaint (ECF No. 63) following the Court's decision on the motion to dismiss (ECF No. 61). All the same, Plaintiffs request that the Court schedule a conference so that the litigation may proceed without unnecessary delay.

We thank the Court for its attention to this matter, and look forward to discussing the case further during the Initial Pretrial Conference.

Counsel shall meet and confer regarding case schedule and discovery on or before 11/25/26. Motion denied as moot.

Respectfully Submitted,

*/s/ Mark Svensson*
Mark Svensson

SO ORDERED

LEWIS A. KAPLAN, USDJ
11/19/26



Corporate Disclosure: Milberg is a global law firm with its main headquarters located in San Juan, Puerto Rico as a limited liability corporation. Its domestic United States principal place of business is a professional limited liability corporation located in Knoxville, Tennessee.